**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:24-cr-00095 |
| | ) | |
| v. | ) | District Judge Travis R. McDonough |
| | ) | |
| YUSUF ABDUL NASSER | ) | Magistrate Judge Christopher H. Steger |

**REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b), the undersigned United States Magistrate Judge conducted a plea hearing in this case on November 20, 2025. At the hearing, Defendant entered a plea of guilty to Counts One and Two of the two count Superseding Indictment. On the basis of the record made at the hearing, the Court finds that Defendant is fully competent and capable of entering an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by Defendant; it is made voluntarily and free from any force, threats, or promises; Defendant understands the nature of the charges and penalties provided by law; and the plea has a sufficient basis in fact. Acceptance of the plea, adjudication of guilt, acceptance of the Plea Agreement, and imposition of sentence are specifically reserved for the District Judge.

I therefore recommend that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One and Two of the two count Superseding Indictment; (2) accept Defendant's guilty plea to Counts One and Two of the two count Superseding Indictment; (3) adjudicate Defendant guilty of Counts One and Two of the Superseding Indictment, both of which counts charge him with possession of a firearm and ammunition by a convicted felon in violation of 18 U.S.C. § 922(g)(1); and (4) order that Defendant remain in custody pending sentencing or further order of this Court.



Case 1:24-cr-00095-TRM-CHS Document 28 Filed 11/21/25 Page 1 of 2 PageID #: 95

The Defendant's sentencing hearing is scheduled before the Honorable Chief District Judge Travis R. McDonough on **April 10, 2026, at 9:00 a.m.**

**ENTER.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE

NOTICE TO PARTIES

You have the right to *de novo* review by the district judge of the foregoing findings. Any application for review must be in writing; must specify the portions of the findings or proceedings objected to; and must be filed and served no later than fourteen (14) days after the plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter. *See* 28 U.S.C. § 636(b).