# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:24-cr-95 |
| | ) | |
| v. | ) | District Judge Travis R. McDonough |
| | ) | |
| YUSUF ABDUL NASSER | ) | Magistrate Judge Christopher H. Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 28) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One and Two of the two count Superseding Indictment; (2) accept Defendant's guilty plea to Counts One and Two of the two count Superseding Indictment; (3) adjudicate Defendant guilty of Counts One and Two of the Superseding Indictment, both of which counts charge him with possession of a firearm and ammunition by a convicted felon in violation of 18 U.S.C. § 922(g)(1); and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 28) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts One and Two of the two count Superseding Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts One and Two of the two count Superseding Indictment is **ACCEPTED**;

1

3. Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One and Two of the Superseding Indictment, both of which counts charge him with possession of a firearm and ammunition by a convicted felon in violation of 18 U.S.C. § 922(g)(1); and

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter, which is scheduled to take place on **April 10, 2026, at 9:00 a.m.**

**SO ORDERED.**

/s/ *Travis R. McDonough*
TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE